UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 20 2024

NATHAN OCHSNER
CLERK OF COURT

FORM FOR USE IN APPLICATIONS

FOR MOTIONS UNDER 28 U.S.C. § 2255

1:23 CR-196-1

**Name:** Jose Francisco Olvera-Rodriguez   B24-69

**Prison Number:** 5650 7379

**Place of Confinement:** FCI Victorville 1 (Med)

United States District Court **Brownsville** District of **Southern Texas**

**Case No.** 23-40431
(To be supplied by Clerk of U.S. District Court)

United States,

v.

Jose Francisco Olvera-Rodriguez
(Full name of movant)

(If movant has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

MOTION

1. Name and location of court which entered the judgment of conviction under attack _Federal Building and United States Courthouse, 600 East Harrison St. Brownsville, TX_

2. Date of judgment of conviction _7-18-2023_

3. Length of sentence _120 Months_ Sentencing Judge _Rodriguez_

4. Nature of offense or offenses for which you were convicted: _RE-ENTRY (Crossing border illegally)_

5. What was your plea? (check one)
   (a) Not guilty ( )
   (b) Guilty (✓)
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _A guilty plea to re-entry._

6. Kind of trial: (check one)
   (a) Jury ( )
   (b) Judge only (✓)

7. Did you testify at the trial? Yes ( )  No (✓)

8. Did you appeal from the judgment of conviction? Yes (✓)  No ( )

9. If you did appeal, answer the following:
   (a) Name of court _United States District Court, Southern District Tex_
   (b) Result _Denied_
   (c) Date of result _January 4, 2024_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court? Yes ( )  No (✓)

3

11. If your answer to 10 was "yes," give the following information:
   (a) (1) Name of court __N/A__
       (2) Nature of proceeding __N/A__
       (3) Grounds raised __N/A__

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes ( )    No ( )
       (5) Result __N/A__
       (6) Date of result __N/A__

   (b) As to any second petition, application or motion, give the same information:
       (1) Name of court __N/A__
       (2) Nature of proceeding __N/A__
       (3) Grounds raised __N/A__

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes ( )    No ( )
       (5) Result __N/A__
       (6) Date of result __N/A__

   (c) As to any third petition, application or motion, give the same information:
       (1) Name of court __N/A__
       (2) Nature of proceeding __N/A__
       (3) Grounds raised __N/A__

4

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ( )   No ( )
(5) Result _____ N/A
(6) Date of result _____ N/A

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes (✓)   No ( )
(2) Second petition, etc.   Yes ( )   No (✓)
(3) Third petition, etc.    Yes ( )   No (✓)

(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: I appeal my sentence because I believe that it was unjustifull that I was sentence, not only for the crime that I comitted (re-entry) but also for previous crimes that I was enhance points that led to long term of imprisoment.

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

   CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, <u>you should raise in this motion all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

5

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

NOTE: If Movant asserts denial of effective assistance of counsel (ground "i"), he <u>must</u> describe with particularity the factual basis for his claim (e.g., lawyer failed to raise insanity defense), <u>and</u> he must describe the prejudice allegedly suffered as a result of the denial of effective assistance of counsel (e.g., convicted of crime that Movant lacked the mental capacity to commit).

A. Ground One: I

Supporting FACTS (tell your story briefly without citing cases or law):
My councel lack to represent me at my best behave. I was sentence without given a "Plea Deal". My councel did not represent me at my best interest. My crime offense level was at 8 points. I was given a total of an additionally 22 points after acceptance of responsability my offense level end it up at 27 points category 6. During my hearing my councel rushed me, did not explain PSI throughly. Every time I would ask him something his response was that there was nothing else he could do on my behave and to just accept my sentencing.

6

B. Ground Two: _____N/A_____

Supporting FACTS (tell your story briefly without citing cases or law): _____N/A_____

C. Ground Three: _____N/A_____

Supporting FACTS (tell your story briefly without citing cases or law): _____N/A_____

D. Ground Four: _____N/A_____

Supporting FACTS (tell your story briefly without citing cases or law): _____N/A_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state <u>briefly</u> what grounds were not so presented, and give your reasons for not presenting them:

    No other grounds were effective towards me.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ( )     No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  Hector F. Garza  600 east Harrison St. #1158 Brownsville TX 78520
    (b) At arraignment and plea  Hector F. Garza
    (c) At trial  N/A
    (d) At sentencing  Hector F. Garza
    (e) On appeal  Hector F. Garza, Michael Lance Herman, Marjorie A. Meyers, Carmen Castillo Mitchell, Nathan Ochsner
    (f) In any post-conviction proceeding  N/A
    (g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ( )     No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )     No (✓)
    (a) If so, give name and location of court which imposed sentence to be served in the future:  N/A
    (b) And give date and length of sentence to be served in future:  N/A
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ( )     No (✓)

8

Wherefore, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __22nd of April 2024__
(Date)

_Jose F Olvera Rodriguez_
Signature of Movant

9

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This motion must be legibly handwritten or typewritten, signed by the movant and subscribed to under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your petition will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court, whose address in the Waco Division is P.O. Box 608, Waco, Texas 76703-0608.

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

2

Jose Francisco Olvera Rodriguez
No. 56507-379
FCI Victorville 1 MED
P.O. Box 3725
Adelanto, CA 92301

LEGAL MAIL

United State Courthouse
Brownsville Division
600 E. Harrison Street #102
Brownsville, Texas 78520

